UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEOTAG, INC.,

    Plaintiff,

v.                                    CASE NO.: 8:12-cv-1923-T-23AEP

EUROPEAN SECURITIES LIMITED
and GEOMAS (INTERNATIONAL)
LIMITED,

    Defendants.
_____/

**ORDER**

A November 7, 2013, order (Doc. 70) refers the plaintiff's motion (Doc. 69) for default judgment to Magistrate Judge Anthony E. Porcelli for a report and recommendation. On May 8, 2014, Magistrate Judge Porcelli issued a report and recommendation. More than seventeen days has passed, and no party objects. The report and recommendation (Doc. 82) is **ADOPTED**. The plaintiff's motion (Doc. 69) for default judgment is **GRANTED**. The clerk is directed to enter judgment in favor of the plaintiff and against ESL declaring that:

> a. the $25 million debt represented by the alleged promissory note, dated April 16, 2009, is invalid and unenforceable against GeoTag, as successor in interest of M2 Global, because it was never authorized by M2 Global, was not signed by a M2 Global officer, and the signature on the promissory note is forged;

      b. the $25 million debt represented by the alleged promissory note, dated April 16, 2009, is invalid and unenforceable against GeoTag, as successor in interest of M2 Global, due to lack of consideration;

      c. the $25 million debt represented by the alleged promissory note, dated April 16, 2009, was released as part of the Settlement Agreement and Release of Claims between M2 Global and ESL; and

      d. ESL's version of the Settlement Agreement, dated January 19, 2009, was not signed by M2 Global and is a forgery.

Also, the clerk is directed (1) to enter judgment in favor of the plaintiff and against Geomas in the amount of $75,020.95 and (2) to close the case. The plaintiff's motion (Doc. 72) for summary judgment is **DENIED AS MOOT**.

    ORDERED in Tampa, Florida, on May 30, 2014.

                                                 STEVEN D. MERRYDAY
                                     UNITED STATES DISTRICT JUDGE